AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant ~~and inventory~~ left with: |
|---|---|---|
| 4:20-MJ-1024 | 02/19/2020  19:25 | Watson Evans |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

2305 East 14th Street, Apartment 3, Greenville, NC 27858

- Nothing seized

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/20/2020

_Executing officer's signature_

SA Pete Mines

_Printed name and title_